**George P. MASSENGALE, Appellant,**

v.

**CITY OF JEFFERSON,
et al., Respondents.**

**No. WD 75560.**

Missouri Court of Appeals,
Western District.

June 11, 2013.

Rehearing Denied July 30, 2013.

Audrey Smollen, Jefferson City, MO, for Appellant.

Drew Hilpert, Jefferson City, MO, for Respondent, City of Jefferson.

Jane Drummond, Jefferson City, MO, for Respondent, Allied Services.

Duane Schreimann, Jefferson City, MO, for Respondent, Allied Services.

Before GARY D. WITT, P.J., THOMAS H. NEWTON, and MARK D. PFEIFFER, JJ.

### ORDER

PER CURIAM:

Mr. George Massengale appeals the trial court's summary judgment for the City of Jefferson and Allied Services, L.L.C., d.b.a. Allied Waste Services of Jefferson City. Mr. Massengale sought to invalidate ordinances enacted by the City of Jefferson related to its solid waste management agreement with Allied.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).